# Exhibit 2



**FDIC**
Division of Resolutions and Receiverships
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201

Telephone (214) 754-0098

October 24, 2014

Office of the Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219

Subject: The National Republic Bank of Chicago
Chicago, Illinois – In Receivership
**Acceptance of Appointment as Receiver**

Dear Sir or Madam:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION

By: _____
Name: Michael W. Lamb
Title: Receiver in Charge