# Exhibit 3

**STARK & STARK**
A Professional Corporation
Timothy P. Duggan, Esq. – Attorney ID No. 037691991
993 Lenox Drive, Bldg. 2
P. O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Plaintiff

| | |
|---|---|
| THE NATIONAL REPUBLIC BANK OF CHICAGO, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH BRUNSWICK HOSPITALITY GROUP, LLC; NORTH BRUNSWICK HOSPITALITY LIQUOR, LLC; NORTH BRUNSWICK RESTAURANT LIMITED LIABILITY COMPANY; CHUTNEY PARTNERS LIMITED LIABILITY COMPANY; SUNIL NAYAK; VANDANA NAYAK; MINESH PATEL; and RAJENDRA PATEL, <br><br> Defendants | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> MIDDLESEX COUNTY <br><br> DOCKET NO. MID-L-003310-14 <br><br> Civil Action |

## NOTICE OF SUBSTITUTION OF
## FEDERAL DEPOSIT INSURANCE CORPORATION,
## AS RECEIVER FOR DEFENDANT,
## THE NATIONAL REPUBLIC BANK OF CHICAGO

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that the Federal Deposit Insurance Corporation (herein "FDIC"), as Receiver for The National Republic Bank of Chicago, Chicago, Illinois, pursuant to 12 U.S.C. §§ 1819 and 1821, hereby files this Notice of Substitution of the FDIC in place of Plaintiff, The National Republic Bank of Chicago, Chicago, Illinois, with respect to this action.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

On October 24, 2014, the Office of the Comptroller of the Currency, appointed the FDIC as Receiver for The National Republic Bank of Chicago, Chicago, Illinois, pursuant to 12 U.S.C. §§ 191 and 1821(c). See Order Appointing FDIC as Receiver, attached as **Exhibit 1**. On the same date, the FDIC accepted the appointment as receiver for The National Republic Bank of Chicago pursuant to 12 U.S.C. § 1821 (c). See FDIC Acceptance of Appointment as Receiver, attached as **Exhibit 2**.

By virtue of the FDIC's appointment as Receiver for The National Republic Bank of Chicago, the FDIC as Receiver has succeeded to "all rights, titles, powers, and privileges" of the bank. 12 U.S.C. § 1821(d)(2)(A)(i).

Pursuant to 12 U.S.C. § 1819, the FDIC is now the real party in interest in this action and hereby notifies this Court of its substitution for Plaintiff, The National Republic Bank of Chicago.

STARK & STARK
A Professional Corporation

Dated: November 7, 2014

By: _____
TIMOTHY P. DUGGAN
*Attorneys for Federal Deposit Insurance Corporation, as Receiver for Plaintiff, The National Republic Bank of Chicago*

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

## CERTIFICATE OF MAILING

  I HEREBY CERTIFY that a true and correct copy of the foregoing is being furnished this 7th day of November, 2014, via regular U.S. Mail, postage prepaid, to the Defendants' counsel:

Mahesh Rajan, Esq.
RAJAN & RAJAN
Attorneys at Law
3146 Route 27, Suite 202
Kendall Park, NJ 08824

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

G:\docs\LIT\DUG\National Republic Bank of Chicago\FDIC\North Brunswick\Notice of Substitution-Law-Div.docx

# Exhibit 1

UNITED STATES OF AMERICA
OFFICE OF THE COMPTROLLER OF THE CURRENCY
WASHINGTON, D.C.

**Receivership Determination and Appointment of Receiver**

The National Republic Bank of Chicago
Chicago, Illinois
Charter Number 14399

**WHEREAS**, the Comptroller of the Currency has delegated to me the authority to appoint a receiver for a national bank under 12 U.S.C. §§ 191 and 1821(c)(5);

**WHEREAS**, the above captioned bank ("Bank") is insured by the Federal Deposit Insurance Corporation;

**WHEREAS**, from information available to the Office of the Comptroller of the Currency ("OCC") and pursuant to 12 U.S.C. § 191, I have determined that the following grounds exist for the appointment of a receiver for the Bank:

(1) The Bank has experienced substantial dissipation of assets or earnings due to any unsafe or unsound practice. 12 U.S.C. § 1821(c)(5)(B)(ii).

(2) The Bank is in an unsafe or unsound condition to transact business. 12 U.S.C. § 1821(c)(5)(C).

(3) The Bank's violations of laws or regulations, or unsafe or unsound practices or conditions are likely to cause substantial dissipation of assets or earnings. 12 U.S.C. § 1821(c)(5)(H)(i).

(4) The Bank's violations of laws or regulations, or unsafe or unsound practices or conditions are likely to weaken the institution's condition. 12 U.S.C. § 1821(c)(5)(H)(ii).

(5) The Bank's violations of laws or regulations, or unsafe or unsound practices or conditions are likely to seriously prejudice the interests of the Deposit Insurance Fund. 12 U.S.C. § 1821(c)(5)(H)(iii).

(6) The Bank has incurred or is likely to incur losses that will deplete all or substantially all of its capital, and there is no reasonable prospect for the institution to become adequately capitalized (as defined in 12 U.S.C. § 1831o(b)) without Federal assistance. 12 U.S.C. § 1821(c)(5)(G).

(7) The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and has no reasonable prospect of becoming adequately capitalized (as defined in that section). 12 U.S.C. § 1821(c)(5)(K)(i).

(8) The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and has failed to submit a capital restoration plan acceptable to the OCC within the time prescribed under 12 U.S.C. § 1831o(e)(2)(D). 12 U.S.C. § 1821(c)(5)(K)(iii).

(9) The Bank is critically undercapitalized, as defined in 12 U.S.C. § 1831o(b). 12 U.S.C. § 1821(c)(5)(L)(i).

**WHEREAS**, in my discretion, I have determined that the Federal Deposit Insurance Corporation should be appointed Receiver for the Bank;

**NOW THEREFORE**, pursuant to 12 U.S.C. §§ 191 and 1821(c) and the power, duty, and authority vested in me by law, I do hereby appoint the Federal Deposit Insurance Corporation as Receiver for the Bank, with all of the powers, duties, and responsibilities given to or imposed upon a receiver under the provisions of the laws of the United States which authorize and direct the appointment of such receiver.

*[signature]*
Toney M. Bland
Senior Deputy Comptroller for
Midsize and Community Bank Supervision


Dated: October 24, 2014

# Exhibit 2



**FDIC**
Division of Resolutions and Receiverships
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201

Telephone (214) 754-0098

October 24, 2014

Office of the Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219

Subject: The National Republic Bank of Chicago
Chicago, Illinois – In Receivership
**Acceptance of Appointment as Receiver**

Dear Sir or Madam:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION

By: _____
Name: Michael W. Lamb
Title: Receiver in Charge